# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00020-SAB-1 |
| Plaintiff, | ORDER REGARDING REFUND |
| v. | |
| ALEJANDRO CASIANOPOMPOSO, | (ECF Nos. 4, 5) |
| Defendant. | |

On February 4, 2026, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Alejandro Casianopomposo for violation of a federal regulation. (ECF No. 1 (Violation No. E1835789).) Defendant was directed to pay $280.00. (Id.) On February 17, 2026, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF No. 4.) However, on February 20, 2026, Defendant made a payment in full. (ECF No. 5.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Alejandro Casianopomposo be refunded in the amount of $280.00.

IT IS SO ORDERED.

Dated:    **February 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1